B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Easton Moore, III__ _____  Case No. _____

Debtor(s)  Chapter __7__ _____

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __299.00__  in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _____299.00_____ Check one  ☐ With the filing of the petition, or
                                     ■ On or before __11/19/10_____

    $ _____ on or before _____

    $ _____ on or before _____

    $ _____ on or before _____

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __October 28, 2010_____        Signature  __/s/ Easton Moore, III_____
                                                     __Easton Moore, III__
__/s/ Thomas G. Stahulak_____                   Debtor
Attorney for Debtor(s)
**Thomas G. Stahulak 6288620**
**Stahulak & Associates**
**53 W. Jackson Blvd., Suite 652**
**Chicago, IL 60604**
**(312) 662-1480**
**Fax: (312) 268-7328**
**tom@stahulakandassociates.com**

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Easton Moore, III** _____

_____   Debtor(s)

Case No. _____

Chapter  **7** _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐        IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐        IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one    ☐  With the filing of the petition, or
                                 ☐  On or before    _____

$ _____  on or before    _____

$ _____  on or before    _____

$ _____  on or before    _____

☐        IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

_____
*United States Bankruptcy Judge*